EDNA McDERMOTT, Appellant, v. JOHN E. CALLAGHAN, Respondent, and EDMUND L. O'BRIEN and Another, Defendants.— Motion for new trial on the grounds of newly-discovered evidence, claimed misconduct of a juror and in the interest of justice. Upon none of the grounds stated is cause shown for a new trial. The order should be affirmed. Order unanimously affirmed, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.